IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT LUPPINO, CLIFF STERN and JOHN CASIERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES BENZ USA, LLC,<br><br>Defendant. | No. 09 Civ. 05582 (DMC)(MF)<br><br>**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION OF STEVEN N. BERK, ESQ. AND MICHAEL P. LEWIS, ESQ.** |

THIS MATTER having come before the Court upon the application of Gardy & Notis, LLP, attorneys for plaintiffs Vincent Luppino, Cliff Stern, and John Casiero ("Plaintiffs"), for entry of an Order admitting Steven N. Berk, Esq. and Michael P. Lewis, Esq. of the firm Berk Law PLLC, *pro hac vice*, and it appearing that the aforesaid attorneys are members in good standing of the bar of the highest court of a State and are not under suspension or disbarment by any court; and the Court having considered the Declarations of Mark C. Gardy, Esq., Steven N. Berk, Esq., and Michael P. Lewis, Esq., in support of Plaintiffs consent application, and counsel for defendant having consented thereto, and for good cause shown,

IT IS on this 12 day of May, 2010,

Case 2:09-cv-05582-DMC-MF   Document 23-4   Filed 04/13/10   Page 2 of 3

ORDERED that Steven N. Berk, Esq., a member in good standing of the bar of the District of Columbia, is admitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101(c); and it is further

ORDERED that Michael P. Lewis, Esq., a member in good standing of the bar of the District of Columbia, is permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney from Gardy & Notis, LLP, attorneys of record for Plaintiffs, who shall be responsible for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Steven N. Berk, Esq. and Michael P. Lewis, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a), within 20 days from the date of the entry of this Order; and it is further

ORDERED that Steven N. Berk, Esq. and Michael P. Lewis, Esq., shall each pay a fee of $150 to the Clerk, USDC in accordance with L.Civ.R. 101.1(c)(3) within 20 days from the date of the entry of this Order; and it is further

ORDERED that Steven N. Berk, Esq. and Michael P. Lewis, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, *Judicial*

*Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*, and it is further

ORDERED that Steven N. Berk, Esq. and Michael P. Lewis, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

*[signature]*

HON. PATTY SHWARTZ, U.S.M.J.

**MARK FALK**
**U.S. Magistrate Judge**