UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT LUPPINO, CLIFF STERN, and JOHN CASIERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Civil Action No.: 09-005582 (DMC) (JAD)<br><br>Document Electronically Filed<br><br>**NOTICE OF MOTION<br>TO QUASH OR ENTER A PROTECTIVE<br>ORDER REGARDING RULE 30(B)(6)<br>SUBPOENAS**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that the non-party witnesses Mercedes-Benz dealerships (as identified more specifically in Exhibit A) hereby move pursuant to Federal Rule of Civil Procedure 45 for the entry an Order quashing or entering a protective order regarding the Rule 30(b)(6) subpoenas that were e-mailed to counsel on January 5, 2012, or , in the alternative, a protective order under Rule 26 barring Plaintiffs from obtaining the deposition testimony.

PLEASE TAKE FURTHER NOTICE that the non-party witnesses Mercedes-Benz dealerships rely upon the brief, certification and exhibits filed herewith.

        Respectfully submitted,

        By:  /s/ Jennifer Mara

        Jennifer Mara, Esq.
        Michael A. Baldassare, Esq.
        **BALDASSARE & MARA, LLC**
        570 Broad Street
        Newark, New Jersey 07102
        Telephone:  973-200-4066
        Facsimile:  973-556-1076

        *Attorneys for Non-Party*
        *Mercedes-Benz Dealerships*

**Exhibit A**

Contemporary Motor Car
100 Oceanport Avenue
Little Silver, NJ 07739

Globe Motor Car Co.
1230 Bloomfield Ave
Fairfield, NJ 07004

Intercar, Inc.
92 Hampton House Road
Newton, NJ 07860

Mercedes-Benz of Atlantic City
7018 Black Horse Pike
West Atlantic City, NJ 08232

Mercedes-Benz of Cherry Hill
2151 Rt. 70 W
Cherry Hill, NJ 08002

Mercedes-Benz of Freehold
4380 Route 9
Freehold, NJ 07728

Mercedes-Benz of Morristown
34 Ridgedale Avenue
Morristown, NJ 07962

Mercedes-Benz of Princeton
2910 Route 1
Lawrenceville, NJ 08648

Mercedes-Benz of Flemington
135 Route 31
Flemington, NJ 08822

Prestige Motors, Inc.
405 Route 17
Paramus, NJ 07652

Ray Catena - Union
Ray Catena - Edison
Ray Catena Motor Car Corp.
910 Route 1

Edison, NJ 08817

Benzel-Busch Motor Car Corp.
28 Grand Avenue
Englewood, NJ 07631

Open Road of Bridgewater
1250 Route 22 East
Bridgewater, NJ 08807