

560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
201 567 7377 T
201 567 7337 F
www.gardylaw.com

**Gardy & Notis, LLP**
Attorneys at Law

May 23, 2013

**BY ECF & FEDEX**

The Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Luppino, et al. v. Mercedes-Benz USA, LLC, et al.*
             Civil Action No. 09-05582 (DMC) (JAD)

Dear Judge Cavanaugh:

    We represent John Casiero, one of the plaintiffs in the above-referenced action. Mr. Casiero has requested that he be dismissed from the action. I prepared the attached Stipulation of Voluntary Dismissal and secured the agreement of Defendants' counsel to it. We would appreciate it if Your Honor could So Order and file the Stipulation at the Court's convenience. Thank you.

    I am available at the Court's convenience if the Your Honor has any questions or needs further information.

                             Respectfully submitted,

                             By: *[signature]*
                                 James H. Gianninoto

Enclosures
cc:    Michael R. McDonald, Esq. (by e-mail)