# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | FAX (973) 994-1744 | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | July 18, 2013 | | |

**VIA ECF**

The Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

       Re:    *Luppino, et al. v. Mercedes-Benz USA, LLC, et al.*
              **Civil Action Entry 09-05582 (DMC) (JAD)**

Dear Judge Dickson:

      We are co-counsel for Plaintiffs in the above matter. Exhibit B to Plaintiffs' original letter relating to the appointment of a special master, Docket Entry 276, had an exhibit which had been marked as "confidential" by Defendants in accordance with the Discovery Confidentiality Order. This exhibit was inadvertently filed without being sealed, but since, then, the Clerk has temporarily sealed that exhibit.

      We have refiled our letter without the marked "confidential" pages to Exhibit B, because while Plaintiffs' believe that the Exhibit B letter itself is important to the Court's appointment of a special master, the attached exhibit to that letter is much less so. We would therefore respectfully request that, rather than attempting to seal part of an exhibit, the Court direct the Clerk to remove Docket Entry 276 from the docket, and rely upon our refiled letter, Docket Entry 277, which is otherwise identical in all respects. If this is acceptable to the Court, kindly "So Order" this letter.

      Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

                                 Respectfully submitted,

                          CARELLA, BYRNE, CECCHI,
                          OLSTEIN, BRODY & AGNELLO

                                /s/ Lindsey H. Taylor

                                LINDSEY H. TAYLOR

cc:      Counsel of Record (by ECF)