| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>**CARELLA, BYRNE, CECCHI**<br>**OLSTEIN, BRODY & AGNELLO**<br>5 Becker Farm Road<br>Roseland, New Jersey  07068<br>(973) 994-1700 | James J. Sabella<br>Adam J. Levitt<br>**GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>(646) 722-8500 |
| Mark C. Gardy<br>James S. Notis<br>James H. Gianninoto<br>**GARDY & NOTIS, LLP**<br>560 Sylvan Avenue<br>Englewood Cliffs, New Jersey  07632<br>(201) 567-7377 | Antonio Vozzolo<br>**FARUQI & FARUQI, LLP**<br>369 Lexington Avenue, 10th Floor<br>New York, New York 10016<br>(212) 983-9330 |

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT LUPPINO, CLIFF STERN, and NOEL J. SPIEGEL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>         v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>                    Defendant. | Civil Action No: 09-5582 (JLL)(JAD)<br><br><br><br>**NOTICE OF MOTION** |

To:     All persons on ECF notice list

COUNSEL:

PLEASE TAKE NOTICE that on such date and time as the Court shall designate, Plaintiffs Vincent Luppino, Cliff Stern, and Noel J. Spiegel ("Plaintiffs") will move before the Honorable Jose L. Linares, at the United States District Court, Martin Luther King Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(a), 23(b)(3) and 23(c)(4): (1) certifying this case as a class action on behalf of a

nationwide class consisting of all persons and entities in the United States who purchased or leased a Mercedes-Benz passenger vehicle, Model Year 2006 to present, in any state (or, in the alternative, any person or entity who purchased or leased a Mercedes-Benz passenger vehicle, Model Year 2006 to present, in the State of New Jersey), equipped with 17, 18, or 19-inch aluminum, cast-alloy Wheels;[1] (2) appointing Plaintiffs as Class Representatives; and (3) appointing Carella, Byrne, Cecchi, Olstein, Brody & Agnello; Grant & Eisenhofer P.A.; Gardy & Notis, LLP; and Faruqi & Faruqi, LLP as Class Counsel.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiff shall rely upon the July 30, 2015 Declaration of James E. Cecchi and the exhibits thereto and the accompanying Memorandum of Law.  A proposed form of Order has been submitted.

The undersigned hereby requests oral argument.

Dated:  July 30, 2015

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO**

By:    /s/ James E. Cecchi
James E. Cecchi
Lindsey H. Taylor
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

James J. Sabella
Adam Levitt
**GRANT & EISENHOFER P.A.**
485 Lexington Ave, 29th Floor
New York, New York 10017
(646) 722-8500

Mark C. Gardy

---

[1]     Excluded from the Class is Defendant, as well as Defendant's parent, affiliates, employees, officers and directors, including franchised dealers, and any person who has experienced physical injury as a result of the defects at issue in this litigation.

James S. Notis
James H. Gianninoto
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
(201) 567-7377

Antonio Vozzolo
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, New York 10016
(212) 983-9330
*Attorneys for Plaintiffs*